UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
BRANDON LISI,　　　　　　　　　　　　　　　　20 Civ. 3050 (NRB)

　　　　　　　　　　Petitioner,　　　　　　　　　09 Cr. 948 (NRB)

　- against -　　　　　　　　　　　　　　　　　09 Cr. 1188 (NRB)

UNITED STATES OF AMERICA,

　　　　　　　　　　Respondent.
-------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Petitioner gives notice the above-captioned case is hereby voluntarily dismissed against all defendants.

Dated: June 11, 2020

　　　　　　　　　　　　　　　　　　　　BRANDON LISI
　　　　　　　　　　　　　　　　　　　　*Petitioner*

　　　　　　　　　　　　　　　　　　　　By: /s/ *Brandon Lisi*
　　　　　　　　　　　　　　　　　　　　　　　Brandon Lisi

TO:　VIA ECF

　　　UNITED STATES OF AMERICA

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

June 30, 2020